FILED

03/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0583

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0583

_____

KAHANE THOMAS BEAVERS,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

_____

**GRANT OF EXTENSION**

_____

Upon consideration of Appellee's motion for a 30-day extension of time,

and good cause appearing therefor, Appellee is granted an extension of time to

and including April 25, 2020, within which to prepare, serve, and file its response

brief.

**RB**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 25 2020